# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Esteban Parra-Reyes,<br><br>               Petitioner,<br><br>v.<br><br>United States of America,<br><br>               Respondent. | No. CV-15-00738-PHX-PGR<br>     CR-11-02516-001-PHX-PGR<br><br>**ORDER** |

      The Court having reviewed de novo the Report and Recommendation (Doc. 6) of Magistrate Judge David K. Duncan, filed on August 17, 2015, 2015, notwithstanding that no party has filed an objection to the Report and Recommendation,

      IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 6) is accepted and adopted by the Court.

      IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1) is Denied and that this action is dismissed.  The Clerk of the Court shall enter judgment accordingly.

      IT IS FURTHER ORDERED that no certificate of appealability shall be issued and that the petitioner is not entitled to appeal *in forma pauperis* because the petitioner

/ / /

1 | has not made a substantial showing of the denial of a constitutional right.

3 | Dated this 27th day of October, 2015.

Paul G. Rosenblatt
United States District Judge

- 2 -